THE MANUFACTURERS' NATIONAL BANK of Newark, New Jersey, Respondent, *v.* HEZEKIAH F. LORD et al., Appellants.

*Manfrs. N. Bank* v. *Lord,* 76 Hun, 611, affirmed.
(Argued May 28, 1896; decided June 16, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 10, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*John Cummins* for appellants.

*G. E. P. Howard* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.